In the Matter of DAWN OPERATORS, INC., Appellant, against WILLIAM A. LYON, as Superintendent of Banks of the State of New York, Respondent.

Submitted May 17, 1954; decided May 27, 1954.

*Nathaniel L. Goldstein, Attorney-General* (*Wendell P. Brown* and *Adelbert C. Matthews, Jr.,* of counsel), for motion.

*Samuel Rivelson* opposed.

Motion granted and appeal dismissed.